**HANGLEY ARONCHICK SEGAL & PUDLIN SCHILLER**

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

One Logan Square
27th Floor
Philadelphia, PA  19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
PLYMOUTH MEETING, PA

**Regina C. Paparo**
**Direct Dial: 215.496.7072**
**E-mail: rpaparo@hangley.com**

May 25, 2026

<u>**Via ECF**</u>

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Request GRANTED.  Defendants Gerald L. Shoemaker, Jr., Esquire and Hangley Aronchick Segal Pudlin & Schiller, P.C.  shall answer, move, or otherwise respond to the Complaint by **June 25, 2026**.

Date:   May 26, 2026
         New York, New York

Re:    *Frank L. Musarra v. Francesca Anderson, et al.*
       Case No. 1:26-cv-01020-JLR

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

This firm represents Defendants Gerald L. Shoemaker, Jr., Esquire and Hangley Aronchick Segal Pudlin & Schiller, P.C. (the "Hangley Defendants").  We write to request an extension of the deadline to respond to the Complaint.  The Hangley Defendants received the summons and complaint on May 4, and are currently due to respond on May 26. We respectfully request that their deadline be extended to June 25.  This is the first request for an extension of this deadline.

The Hangley Defendants – a Pennsylvania attorney and his law firm – intended to file a Rule 12 motion to dismiss all counts against them on May 26.  However, on May 22, another Pennsylvania attorney and her law firm filed a request to extend their deadline to respond to the Complaint to June 25, which the Court granted.  (*See* ECF 8, 10.)  Given this development, the Hangley Defendants ask the Court to provide them with the same extension, thereby allowing them to present issues and potentially coordinate briefing on what will likely be similar issues.

Hon. Jennifer L. Rochon
May 25, 2026
Page 2

      *Pro se* Plaintiff Frank D. Musarra was contacted earlier today to request his consent to this extension, but we have not received a response.

           Sincerely,

           Regina C. Paparo

**SERVED ON ALL PARTIES VIA ECF**