June 12, 2026

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Musarra v. Anderson et al., No. 1:26-cv-01020-JLR**

   **Letter Motion: Notice of Filing of Amended Complaint as of Right (Fed. R. Civ. P. 15(a)(1)(B)); Request to Dismiss ECF No. 12 as Moot and to Set a Consolidated Response Schedule**

Dear Judge Rochon:

   Plaintiff Frank D. Musarra, pro se, respectfully submits this letter motion in connection with the Amended Complaint filed today.

   Plaintiff files the Amended Complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B), within twenty-one days after service of Defendants' motion to dismiss (ECF No. 12, filed May 22, 2026). The Amended Complaint supersedes the original Complaint in its entirety and narrows and clarifies the claims, including by withdrawing the malicious-prosecution claim.

   Because an amended complaint supersedes the pleading it replaces, the pending motion to dismiss (ECF No. 12), which is directed at the superseded Complaint, is now moot. Under Section 3.B of Your Honor's Individual Rules of Practice in Civil Cases, where a plaintiff amends as of right under Rule 15(a)(1)(B) after a motion to dismiss is filed, the Court will

dismiss the original motion to dismiss as moot. Plaintiff therefore respectfully requests that ECF No. 12 be dismissed as moot.

Plaintiff further respectfully requests that the Court set one consolidated schedule for all appearing Defendants to answer, move, or otherwise respond to the Amended Complaint, and respectfully proposes July 3, 2026 as the consolidated response date. A consolidated schedule would avoid parallel deadlines and motion practice directed to different pleadings. Counsel for the moving Defendants stated on June 2, 2026 that his clients did not object to Plaintiff responding to their motion by June 12, 2026, "whether by amending or otherwise," and requested until July 3, 2026 to respond to any amended pleading or other papers served on June 12, 2026. Plaintiff confirmed on June 5, 2026 that he was agreeable to that requested July 3, 2026 date, subject to any schedule the Court sets.

To the extent the Court is inclined to consider any pending motion as directed to the Amended Complaint, Plaintiff respectfully requests an opportunity to respond to that motion as applied to the amended pleading before any decision is entered.

All counsel of record will receive notice of the Amended Complaint through the Court's electronic filing system. No party has been added and no new summons is required.

Respectfully submitted,

Frank D. Musarra
Plaintiff Pro Se

Given that Plaintiff has filed an Amended Complaint, the pending motion to dismiss at Dkt. 12 is denied as moot.  All appearing Defendants shall answer, move, or otherwise respond to the Amended Complaint by **July 3, 2026**.

The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 12.

**SO ORDERED.**

Date:   June 15, 2026
         New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

P.O. Box 16084
Rocky River, OH 44116
f_musarra@yahoo.com

cc: Christopher J. Sovak, Esq.; Matthew K. Flanagan, Esq.; Regina C. Paparo, Esq. (courtesy copy by email)